**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**District of New Jersey**
(State)

Case number *(if known):* _____    Chapter ___11___

☐ Check if this is an amended filing

<u>Official Form 201</u>
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's Name** | One Kings Lane LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | N/A |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 2  7  –  1  4  3  4  7  5  9 |

4. **Debtor's address**

**Principal place of business**

650 Liberty Avenue
Number          Street

Union, New Jersey 07083
City                    State      Zip Code

Union County
County

**Mailing address, if different from principal place of business**

Number          Street

P.O. Box

City            State      Zip Code

**Location of principal assets, if different from principal place of business**

Number          Street

City            State      Zip Code

5. **Debtor's website** (URL)    https://www.bedbathandbeyond.com/

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **One Kings Lane LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**7.  Describe debtor's business**

A. *Check One:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
**4422 (Home Furnishings Stores)**

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub- box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check One:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.

| | District | | When | MM/DD/YYYY | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | MM/DD/YYYY | Case number | |

---

| Debtor | One Kings Lane LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.

| | | |
|---|---|---|
| Debtor | **See Rider 1** | Relationship **Affiliate** |
| District | **District of New Jersey** | |
| | | When **04/23/2023** |
| Case number, if known | | MM / DD / YYYY |

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number        Street

_____
City                          State      Zip Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
                Contact name _____
                Phone _____

---

| | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors (on a consolidated basis)**

| | | | |
|---|---|---|---|
| ☐ | 1-49 | ☐ | 1,000-5,000 | ☒ | 25,001-50,000 |
| ☐ | 50-99 | ☐ | 5,001-10,000 | ☐ | 50,001-100,000 |
| ☐ | 100-199 | ☐ | 10,001-25,000 | ☐ | More than 100,000 |
| ☐ | 200-999 | | | | |

| Debtor | One Kings Lane LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 15. **Estimated assets (on a consolidated basis)** | ☐ $0–$50,000 | ☐ $1,000,001–$10 million | ☐ $500,000,001–$1 billion |
|---|---|---|---|
| | ☐ $50,001–$100,000 | ☐ $10,000,001–$50 million | ☒ $1,000,000,001–$10 billion |
| | ☐ $100,001–$500,000 | ☐ $50,000,001–$100 million | ☐ $10,000,000,001–$50 billion |
| | ☐ $500,001–$1 million | ☐ $100,000,001–$500 million | ☐ More than $50 billion |

| 16. **Estimated liabilities (on a consolidated basis)** | ☐ $0–$50,000 | ☐ $1,000,001–$10 million | ☐ $500,000,001–$1 billion |
|---|---|---|---|
| | ☐ $50,001–$100,000 | ☐ $10,000,001–$50 million | ☒ $1,000,000,001–$10 billion |
| | ☐ $100,001–$500,000 | ☐ $50,000,001–$100 million | ☐ $10,000,000,001–$50 billion |
| | ☐ $500,001–$1 million | ☐ $100,000,001–$500 million | ☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --**  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __04/23/2023__
                       MM/ DD / YYYY

✗ _/s/ Holly Etlin_                                         **Holly Etlin**
Signature of authorized representative of debtor      Printed name

Title   __Chief Restructuring Officer__

| 18. **Signature of attorney** | ✗ _/s/ Michael D. Sirota_ | Date | __04/23/2023__ |
|---|---|---|---|
| | Signature of attorney for debtor | | MM/DD/YYYY |

**Michael D. Sirota**
Printed name

**Cole Schotz P.C.**
Firm name

**Court Plaza North, 25 Main Street**
Number                          Street

**Hackensack**                                          **New Jersey**      **07601**
City                                                      State          ZIP Code

**(201) 489-3000**                                      **msirota@coleschotz.com**
Contact phone                                          Email address

**014321986**                                           **New Jersey**
Bar number                                              State

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**District of New Jersey**

(State)

Case number *(if known)*: _____    Chapter    11

☐ Check if this is an amended filing

## Rider 1
## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the District of New Jersey for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Bed Bath & Beyond Inc.

- Bed Bath & Beyond Inc.
- Alamo Bed Bath & Beyond Inc.
- BBB Canada LP Inc.
- BBB Value Services Inc.
- BBBY Management Corporation
- BBBYCF LLC
- BBBYTF LLC
- Bed Bath & Beyond of Annapolis, Inc.
- Bed Bath & Beyond of Arundel Inc.
- Bed Bath & Beyond of Baton Rouge Inc.
- Bed Bath & Beyond of Birmingham Inc.
- Bed Bath & Beyond of Bridgewater Inc.
- Bed Bath & Beyond of California Limited Liability Company
- Bed Bath & Beyond of Davenport Inc.
- Bed Bath & Beyond of East Hanover Inc.
- Bed Bath & Beyond of Edgewater Inc.
- Bed Bath & Beyond of Falls Church, Inc.
- Bed Bath & Beyond of Fashion Center, Inc.
- Bed Bath & Beyond of Frederick, Inc.
- Bed Bath & Beyond of Gaithersburg Inc.
- Bed Bath & Beyond of Gallery Place L.L.C.
- Bed Bath & Beyond of Knoxville Inc.
- Bed Bath & Beyond of Lexington Inc.
- Bed Bath & Beyond of Lincoln Park Inc.
- Bed Bath & Beyond of Louisville Inc.
- Bed Bath & Beyond of Mandeville Inc.
- Bed Bath & Beyond of Opry Inc.
- Bed Bath & Beyond of Overland Park Inc.
- Bed Bath & Beyond of Palm Desert Inc.
- Bed Bath & Beyond of Paradise Valley Inc.
- Bed Bath & Beyond of Pittsford Inc.
- Bed Bath & Beyond of Portland Inc.
- Bed Bath & Beyond of Rockford Inc.
- Bed Bath & Beyond of Towson Inc.
- Bed Bath & Beyond of Virginia Beach Inc.
- Bed Bath & Beyond of Waldorf Inc.
- Bed Bath & Beyond of Woodbridge Inc.
- bed 'n bath Stores Inc.
- Bed, Bath & Beyond of Manhattan, Inc.
- Buy Buy Baby of Rockville, Inc.
- Buy Buy Baby of Totowa, Inc.
- Buy Buy Baby, Inc.
- BWAO LLC
- Chef C Holdings LLC
- Decorist, LLC
- Deerbrook Bed Bath & Beyond Inc.
- Harmon of Brentwood, Inc.
- Harmon of Caldwell, Inc.
- Harmon of Carlstadt, Inc.
- Harmon of Franklin, Inc.
- Harmon of Greenbrook II, Inc.
- Harmon of Hackensack, Inc.
- Harmon of Hanover, Inc.
- Harmon of Hartsdale, Inc.
- Harmon of Manalapan, Inc.
- Harmon of Massapequa, Inc.
- Harmon of Melville, Inc.
- Harmon of New Rochelle, Inc.
- Harmon of Newton, Inc.
- Harmon of Old Bridge, Inc.
- Harmon of Plainview, Inc.
- Harmon of Raritan, Inc.
- Harmon of Rockaway, Inc.
- Harmon of Shrewsbury, Inc.
- Harmon of Totowa, Inc.
- Harmon of Wayne, Inc.
- Harmon of Westfield, Inc.
- Harmon of Yonkers, Inc.
- Harmon Stores, Inc.
- Liberty Procurement Co. Inc.
- Of a Kind, Inc.
- One Kings Lane LLC
- San Antonio Bed Bath & Beyond Inc.
- Springfield Buy Buy Baby, Inc.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ONE KINGS LANE LLC, | ) Case No. 23-_____(___) |
| | ) |
| Debtor. | ) (Joint Administration Requested) |
| | ) |

### LIST OF EQUITY SECURITY HOLDERS[1]

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| Bed Bath & Beyond Inc. | 650 Liberty Avenue<br>Union, New Jersey 07083 | 100% |

---

[1]    This list serves as the disclosure required to be made by the debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure.  All equity positions listed indicate the record holder of such equity as of the date of commencement of the chapter 11 case.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ONE KINGS LANE LLC, | ) | Case No. 23-_____(___) |
|  | ) |  |
| Debtor. | ) | (Joint Administration Requested) |
|  | ) |  |

<u>**CORPORATE OWNERSHIP STATEMENT**</u>

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Bed Bath & Beyond Inc. | 100% |

**Fill in this information to identify the case:**

Debtor name: **Bed Bath & Beyond Inc, et al.**

United States Bankruptcy Court for the __**District of New Jersey**__
(State)

Case number (*If known*): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders[1]

12/15

A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | BNY MELLON 500 ROSS ST 12TH FLOOR PITTSBURGH, PA 15262 | CLAYTON COLQUITT (412)-236-5807 CLAYTON.COLQUITT@BNYMELLON.COM | UNSECURED BONDS | | | | $1,184,694,000.00 |
| 2 | PERSONALIZATIONMALL 51 SHORE DR BURR RIDGE, IL 60527 | ROBERT TURNER (630)-910-6000 ROBERTT@PMALL.COM | TRADE PAYABLE | | | | $11,095,721.42 |
| 3 | INTERSOFT DATA LABS INC 1330 W FULTON MARKET CHICAGO, IL 60607 | RALPH LIUZZO (410)-461-4723 RALPH.LIUZZO@INTSOF.COM | TRADE PAYABLE | | | | $6,836,763.63 |
| 4 | FEDERAL HEATH SIGN COMPANY LLC P.O. BOX 678203 TAMPA, FL 33626 | SUSAN ALDRIDGE (800)-342-2597 SALDRIDGE@FEDERALHEATH.COM | TRADE PAYABLE | | | | $6,770,268.26 |
| 5 | KDM POPSOLUTIONS GROUP 10450 MEDALLION CINCINNATI, OH 45241 | BILL ZIMMERMAN (513)-769-3500 B.ZIMMERMAN@KDMPOP.COM | TRADE PAYABLE | | | | $6,641,012.24 |
| 6 | COMMISSION JUNCTION INC 530 E. MONTECITO STREET #106 SANTA BARBARA, CA 93103 | SOPHIE RAMOS (805)-971-3037 CJAR@CJ.COM | TRADE PAYABLE | | | | $6,162,076.79 |
| 7 | IDX 101 RIVER RIDGE JEFFERSONVILLE, IN 47130 | ROBERT GIOVINO (800)-939-4170 ROBERT.GIOVINO@IDXCORPORATION.COM | TRADE PAYABLE | | | | $4,920,884.34 |

---

[1]    On a consolidated basis.  The information herein shall not constitute an admission of liability by, nor is it binding on, and Debtors with respect to all or any portion of the claims listed below.  Moreover, nothing herein shall affect any Debtor's right to challenge the amount or characterization of any claim at a later date.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 8 | NATIONAL TREE COMPANY 2 COMMERCE DRIVE CRANFORD, NJ 07016 | DONNA CYRIL (800)-280-8733 DONNA@NATIONALTREE.COM | TRADE PAYABLE | | | | $4,527,134.54 |
| 9 | NORTH AMERICAN CORPORATION 2101 CLAIRE COURT GLENVIEW, IL 60025 | KRISTIE SCHNIER (847)-832-4000 KSCHNIER@NA.COM | TRADE PAYABLE | | | | $4,384,027.43 |
| 10 | KEECO LLC 30736 WIEGMAN ROAD HAYWARD, CA 94544 | ANDREA GRASSI (212)-685-9077 ANDREAG@GRASSIASSOCIATESINC.COM | TRADE PAYABLE | | | | $4,231,687.55 |
| 11 | FEDEX P.O. BOX 371461 PITTSBURGH, PA 15250 | GREGORY DI SESSA (201)-787-0091 GJDISESSA@FEDEX.COM | TRADE PAYABLE | | | | $3,884,415.89 |
| 12 | TEMPUR-PEDIC 2 COMMERCE DRIVE CRANFORD, NJ 07016 | CINDY TREAGER (859)-455-2483 CINDY.TREAGER@TEMPURSEALY.COM | TRADE PAYABLE | | | | $3,733,616.10 |
| 13 | FACEBOOK, INC. 15161 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | MARVIN ROBLES (512)-543-2942 IDOAN@FACEBOOK.COM | TRADE PAYABLE | | | | $3,428,867.98 |
| 14 | ARTSANA USA INC 1826 WILLIAM PENN WAY LANCASTER, PA 17601 | STEVE RUBIN (877)-424-4226 STEVE.RUBIN@ARTSANA.COM | TRADE PAYABLE | | | | $3,323,738.80 |
| 15 | LIFETIME BRANDS INC 150 EAST 58TH STREET NEW YORK, NY 10155 | CAROL MARKS (609)-241-7321 CAROL.MARKS@LIFETIMEBRANDS.COM | TRADE PAYABLE | | | | $3,279,438.28 |
| 16 | KEPLER GROUP LLC P O BOX 419271 BOSTON, MA 02241 | HANNAH GROBMYER (646)-524-6896 HGROBMYER@KEPLERGRP.COM | TRADE PAYABLE | | | | $3,260,123.50 |
| 17 | WILLIAM CARTER CO. 3438 PEACHTREE ROAD NE ATLANTA, GA 30326 | VANNESCIA WATKINS-BANKS (646)-677-0866 VANNESCIA.WATKINS-BANKS@CARTERS.COM | TRADE PAYABLE | | | | $3,143,426.77 |
| 18 | TESTRITE PRODUCTS CORP. 1900 S BURGUNDY PLACE ONTARIO, CA 91761 | CLAUDIA VEGA (909)-605-9899 CLAUDIA.V@TESTRITE-USA.COM | TRADE PAYABLE | | | | $3,051,808.69 |
| 19 | VERIZON BUSINESS NETWORK ONE VERIZON WAY BASKING RIDGE, NJ 07920 | NORMA MCEWAN (866)-925-0077 NORMA.MCEWAN@VERIZON.COM | TRADE PAYABLE | | | | $2,962,792.95 |
| 20 | Pinterest, Inc. 651 BRANNAN ST SAN FRANCISCO, CA 94107 | COLE REUTTER (415)-62-7100 AR@PINTEREST.COM | TRADE PAYABLE | | | | $2,839,480.57 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21  BRIDGETREE LLC 133 NORTH MAIN STREET MOORESVILLE, NC 28115 | MICHELE BOVE (704)-604-8708 MBOVE@BRIDGETREE.COM | TRADE PAYABLE | | | | $2,658,031.85 |
| 22  CITRUS AD INTERNATIONAL INC P.O. BOX 7410138 Chicago, IL 60674 | STEPHANIE RICHMOND (813)-451-4794 STEPHANIE.RICHMOND@CITRUSAD. COM | TRADE PAYABLE | | | | $2,639,065.54 |
| 23  KEURIG GREEN MOUNTAIN INC. PO BOX 414159 BOSTON, MA 02241 | ANDREW ARCHAMBAULT (781)-460-4507 ARCHAMBAULT@KEURIG.COM | TRADE PAYABLE | | | | $2,637,919.04 |
| 24  THE KNOT WORLDWIDE INC PO BOX 32177 NEW YORK, NY 10087 | ASHLEY BERGEN (877)-331-7752 ABERGEN@THEKNOTWW.COM | TRADE PAYABLE | | | | $2,628,538.02 |
| 25  SHARKNINJA SALES COMPANY 89 A STREET NEEDHAM, MA 02494 | CAROL WEINBERG (855)-427-5127 CWEINBERG@SHARKNINJA.COM | TRADE PAYABLE | | | | $2,622,349.48 |
| 26  LENOX CORPORATION 1414 RADCLIFFE STREET BRISTOL, PA 19007 | CYNTHIA LAFFERTY (732)-642-7332 CYNTHIA_LAFFERTY@LENOX.COM | TRADE PAYABLE | | | | $2,578,451.71 |
| 27  BLUE YONDER INC 15059 N SCOTTSDALE RD SCOTTSDALE, AZ 85254 | DEBORAH COLEY (480)-308-3000 DEBORAH.COLEY@BLUEYONDER.CO M | TRADE PAYABLE | | | | $2,483,355.00 |
| 28  F 3 METALWORX INC 12069 EAST MAIN ROAD NORTH EAST, PA 16428 | LORENA UNTALAN (716)-439-8771 LUNTALAN@F3METALWORX.COM | TRADE PAYABLE | | | | $2,480,004.13 |
| 29  MADIX INC. 500 AIRPORT RD TERRELL, TX 75160 | SCOTT SCHERBAK (800)-527-2129 SSCHERBA@MADIXINC.COM | TRADE PAYABLE | | | | $2,453,870.05 |
| 30  GRANITE TELECOMMUNICATIONS LLC P.O. BOX 983119 BOSTON, MA 02298 | LISA BURTON (866)-847-5500 LMARIEBURTON@GRANITENET.CO M | TRADE PAYABLE | | | | $2,413,661.88 |

**OMNIBUS WRITTEN CONSENT
OF THE BOARD OF DIRECTORS, MANAGERS,
OR SIMILAR GOVERNING BODY, AS APPLICABLE, OF EACH OF
THE COMPANIES SET FORTH ON EXHIBIT A ATTACHED HERETO**

**April 22, 2023**

We, the undersigned, are the requisite members of the board of directors, managers, or similar governing body (each, an "**Authorizing Body**" and, collectively, the "**Authorizing Bodies**") of certain of the Bed Bath & Beyond Inc. subsidiaries set forth on **Exhibit A** attached hereto (each a "**Company**" and collectively, the "**Companies**"), and each organized and existing under the internal laws of the state of incorporation or formation, as applicable, as set forth in each Company's charter of incorporation or applicable governing agreement.  Each Authorizing Body hereby takes the following actions and adopts the following resolutions by unanimous written consent pursuant to each Company's bylaws, limited liability company agreement, or such similar operating document and the applicable laws of the state or country of incorporation or formation, as applicable, of each Company.

1.     Resolutions.

**WHEREAS**, the Authorizing Bodies, having reviewed and considered (i) the filing of a voluntary petition for relief for the Company under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (as amended, the "**Bankruptcy Code**") pursuant to applicable law and in accordance with the requirements of the Company's governing documents and applicable law (the "**Restructuring Matters**"); and (ii) to the extent applicable, authorizing entry into and performance under the DIP Facility Documents as defined herein,

**WHEREAS**, the Authorizing Bodies having reviewed and considered the materials presented by the management of the Companies and the Companies' financial and legal advisors, and having had adequate opportunity to consult such persons regarding the materials presented, obtain additional information, and to fully consider each of the strategic alternatives available to the Companies,

**NOW, THEREFORE, IT IS HEREBY RESOLVED**, that, pursuant to the articles of incorporation and applicable governing documents of the Companies, the undersigned do hereby adopt the following resolutions:

*Chapter 11 Filing*

**RESOLVED**, in the business judgment of the Authorizing Bodies it is desirable and in the best interest of the Companies, the stakeholders, the creditors, and other parties in interest, that each Company files or causes to be filed voluntary petitions for relief (the "**Bankruptcy Petitions**") under the provisions of chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey, and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States, and, in accordance with the requirements in each Company's governing documents and applicable law, hereby consents to, authorizes and approves, the filing of the Bankruptcy Petitions;

**RESOLVED**, any director or other duly appointed officer of the Companies or of Bed Bath & Beyond (collectively, the "**Authorized Persons**"), which shall include the Chief Restructuring Officer, the Chief Executive Officer, Chief Financial Officer, General Counsel,

any Executive Vice President, or any Senior Vice President, shall be, and each of them individually hereby is, authorized and directed for and on behalf of each Company to take all actions (including, without limitation, to negotiate and execute any documents, certificates, supplemental agreements, and instruments) to act as signatory and attorney on behalf of each Company in respect of the Restructuring Matters and/or any persons to whom such Authorized Persons and/or officers delegate certain responsibilities, be, and hereby are, authorized to execute and file on behalf of each Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, but not limited to, any action necessary or proper to maintain the ordinary course operations of each Company's or any of its subsidiary's businesses.

### *Appointment of Chief Restructuring Officer*

**RESOLVED**, that Holly Etlin be, and hereby is, appointed to serve as the Chief Restructuring Officer of each Company;

**RESOLVED**, the Chief Restructuring Officer shall have such authority with respect to the Companies as is described in that certain engagement letter dated as of April 21, 2023, by and among the Company and AP Services, LLC (the "**Engagement Letter**");

**RESOLVED**, that Ms. Etlin shall be and is hereby authorized to manage the chapter 11 cases and court-supervised liquidation and sale process, and shall report directly to and serve at the direction of an ad hoc committee of the following directors of the Boards, Carol Flaton, Pamela Corrie, Jonathan Foster, and Joshua Schechter, in accordance with the terms and conditions of the Engagement Letter and these resolutions;

**RESOLVED,** that the Engagement Letter is hereby approved, and any Authorized Person, acting alone or with one or more Authorized Persons, be, and each of them hereby is, authorized, empowered, and directed to execute, deliver, and perform each Company's obligations under the Engagement Letter on behalf of the Companies and in its name with such changes therein or additions, deletions, or modifications thereto as the Authorized Person signing the same may approve, such approval may be conclusively evidenced by such Authorized Person's execution and delivery of the Engagement Letter.

### *Retention of Professionals*

**RESOLVED**, each of the Authorized Persons, be, and hereby are, authorized, empowered, and directed to employ on behalf of each Company:  (i) the law firm of Kirkland & Ellis LLP and Kirkland & Ellis International LLP (together, "**Kirkland**") as bankruptcy counsel; (ii) the law firm of Cole Schotz as local bankruptcy counsel; (iii) Lazard as investment banker; (iv) AlixPartners LLP as restructuring advisor; (v) Deloitte as tax advisor; (vi) Kroll Restructuring Administration as claims and noticing agent; and (vii) any other legal counsel, accountants, financial advisors, restructuring advisors or other professionals the Authorized Persons deem necessary, appropriate or advisable; each to represent and assist the Companies in carrying out its duties and responsibilities and exercising its rights under the Bankruptcy Code and any applicable law (including, but not limited to, the law firms filing any pleadings or responses); and in connection therewith, the Authorized Persons, be, and hereby are authorized, empowered and directed, in accordance with the terms and conditions hereof, to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain such services; and

**RESOLVED**, each of the Authorized Persons, be, and hereby are, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to perform such further actions and execute such further documentation that the Authorized Persons in their absolute discretion deem necessary, appropriate or desirable in accordance with these resolutions.

### *Use of Cash Collateral, Debtor-in-Possession Financing, and Adequate Protection*

**RESOLVED**, to the extent applicable to the Companies, in the business judgment of the Authorizing Bodies it is desirable and in the best interest of the Companies, their stakeholders, their creditors, and other parties in interest to obtain the benefits of (i) the use of cash collateral, as such term is defined in section 363(a) of the Bankruptcy Code ("**Cash Collateral**"), which is security for certain of the Companies' prepetition secured lenders (the "**Prepetition Secured Lenders"**) under certain credit facilities by and among the Companies, the guarantors party thereto, and the lenders party thereto; and (ii) the incurrence of debtor-in-possession financing obligations ("**DIP Financing**") by entering into that certain Superpriority Senior Secured Debtor-in-Possession Term Loan Credit Agreement (together with all exhibits, schedules, and annexes thereto, as amended, amended and restated, supplemented, or otherwise modified from time to time, the "**DIP Credit Agreement**") by and among Bed Bath & Beyond, certain of the Companies, the financial institutions from time to time party thereto and their successors and assigns (collectively the "**DIP Lenders"**), Sixth Street Specialty Lending, Inc. in its capacity as administrative agent for the DIP Lenders (in such capacity and together with any successor or assigns, the "**DIP Agent**") on the terms set forth therein;

**RESOLVED**, in order to use and obtain the benefits of DIP Financing and the Cash Collateral, and in accordance with section 363 of the Bankruptcy Code, each Company will provide certain adequate protection to the Prepetition Secured Lenders (the "**Adequate Protection Obligations**") as documented in proposed interim and final orders (collectively, the "**Financing Orders**") to be submitted for approval of the Bankruptcy Court, and, to the extent that each Company is required to obtain consent from the Prepetition Secured Lenders to enter into any of the DIP Facility Documents, as defined herein, such consent has been (or will be) obtained from the Consenting Creditors;

**RESOLVED**, in the business judgment of the Authorizing Bodies, the form, terms, and provisions of the DIP Credit Agreements and such other agreements, certificates, instruments, receipts, petitions, motions, or other papers or documents required to consummate the transaction considered by the Financing Orders (collectively, the "**DIP Facility Documents**"), substantially in the forms circulated to the Authorizing Bodies, and each Company's execution, delivery and performance of its obligations under the DIP Facility Documents, including without limitation the grant of security interests under the DIP Facility Documents, and any borrowings or guaranty therewith, be, and hereby are, in all respects, authorized and approved:

**RESOLVED**, each Company will obtain benefits from the incurrence of the borrowings under the DIP Credit Agreement and the other obligations under the DIP Credit Agreement and the other Loan Documents (as defined in the DIP Credit Agreement) which are necessary and convenient to the conduct, promotion, and attainment of the business of such Company;

**RESOLVED**, to the extent applicable, each Company shall be, and is hereby, authorized to enter into the DIP Facility Documents and incur the obligations thereunder (the "**DIP Obligations**"), including the borrowing of the loans under the DIP Credit Agreement, and other obligations related to the DIP Financing and to undertake any and all related transactions on

substantially the same terms as contemplated under the DIP Facility Documents, including granting liens on and security interests in its assets, including the Collateral (as defined in the DIP Credit Agreement), to the DIP Agent, and each of the Authorized Persons be, and hereby are, authorized, empowered, and directed in the name of, and on behalf of, each Company to execute deliver, and perform all of the obligations and the transactions contemplated under each of the DIP Facility Documents in the name and on behalf of each Company, with such changes, additions, and modifications thereto as such Authorized Person shall approve, with such approval to be conclusively evidenced by such Authorized Person's execution and delivery thereof;

RESOLVED, each of the Authorized Persons be, and hereby are, authorized, in the name and on behalf of each Company, to take all such further actions, or cause all such further actions to be taken and to execute and deliver all such further agreements, documents, instruments, certificates recordings, and filings, in the name and on behalf of each Company, as in the determination of such Authorized Person shall be necessary, proper, or advisable in order to fully carry out the intent and accomplish the purposes of the foregoing resolutions and to consummate the transactions contemplated thereby, such authority to be conclusively evidenced by the execution of any document or the taking of any such action by such Authorized Person;

RESOLVED, each of the Authorized Persons be, and hereby are, authorized, in the name and on behalf of each Company, to enter into any guarantees as described or contemplated by the DIP Facility Documents or any other documents, certificates, instruments, agreements, intercreditor agreements, any extension amendment, any incremental agreement, or any other amendment required to consummate the transactions contemplated by the DIP Facility Documents and perform its obligations thereunder and to guarantee the payment and performance of the DIP Obligations of the Companies and any other guarantor thereunder;

RESOLVED, each of the Authorized Persons be, and hereby are, authorized, empowered, and directed in the name of, and on behalf of, each Company to seek authorization to incur the DIP Obligations and approval to use Cash Collateral pursuant to the Financing Orders, and any Authorized Person be, and hereby is, authorized, empowered, and directed to negotiate, execute, and deliver any and all agreements, instruments, or documents, by or on behalf of the Company, necessary to implement the postpetition financing, including the Adequate Protection Obligations to the Prepetition Secured Lenders in accordance with section 363 of the Bankruptcy Code, as well as any additional or further agreements for entry into the DIP Facility Documents and the use of Cash Collateral in connection with the chapter 11 case, which agreements may require the Companies to grant adequate protection and liens to the Prepetition Secured Lenders and each other agreement, instrument, or document to be executed and delivered in connection therewith, by or on behalf of the Companies pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any Authorized Person approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof;

RESOLVED, each of the Authorized Persons be, and hereby are, authorized, directed, and empowered, in the name of, and on behalf of, each Company to take such actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform, and cause the performance of, each of the transactions contemplated by the DIP Facility Documents and such other agreements, certificates, instruments, receipts, petitions, motions, or other papers or required documents to which each Company is or will be party or any order entered into in connection with the chapter 11 case (together with the DIP Facility Documents and the Financing Orders, collectively, the "**Financing Documents**") and to incur and pay or cause to

be paid all related fees and expenses, with such changes, additions and modifications thereto as an Authorized Person executing the same shall approve;

**RESOLVED**, the Companies, as debtors and debtors-in-possession under the Bankruptcy Code be, and hereby are, authorized, empowered, and directed to incur any and all obligations and to undertake any and all related transactions on substantially the same terms as contemplated under the Financing Documents, including granting liens on its assets to secure such obligations; and

**RESOLVED**, each of the Authorized Persons, be, and hereby are, authorized, empowered, and directed in the name of, and on behalf of, each Company, to execute and deliver any amendments, supplements, modifications, renewals, replacements, consolidations, substitutions, and extensions of the postpetition financing or any of the Financing Documents or to do such other things which shall in his or her sole business judgment be necessary, desirable, proper, or advisable in order to perform the DIP Obligations and to give effect to the foregoing resolutions, which determination shall be conclusively evidenced by his or her or their execution thereof.

### *Further Actions and Prior Actions*

**RESOLVED**, the Companies are hereby authorized to authorize (and each Company hereby authorizes) any direct or indirect subsidiary of each Company or any entity of which such Company or any subsidiary of such Company is the sole member, general partner, managing member, or equivalent manager, as applicable, to take each of the actions described in these resolutions or any of the actions authorized in these resolutions, and none of the resolutions contained herein, or action taken in furtherance hereto, shall have or cause an adverse effect on any such subsidiary or such Company's interest therein (including without limitation, any automatic dissolution, divestiture, dissociation, or like event under applicable law).

**RESOLVED**, in addition to the specific authorizations heretofore conferred upon the Authorized Persons, the Authorized Persons, either individually or as otherwise required by each Company's governing documents and applicable law, be, and each of them hereby is, authorized to execute, acknowledge, deliver, and file any and all agreements, certificates, instruments, powers of attorney, letters, forms, transfer, deeds and other documents on behalf of each Company relating to the Restructuring Matters.

**RESOLVED**, each of the Authorized Persons (and their designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of each Company, to take or cause to be taken any all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Person's or Authorized Persons' absolute discretion, shall be necessary, appropriate, or desirable in order to fully carry out the intent and accomplish the purposes of the resolution adopted herein.

**RESOLVED**, the Authorizing Bodies have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the governing documents of each Company, or hereby waives any right to have received such notice.

**RESOLVED**, all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of each Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved, confirmed and ratified as the true acts and deeds of each Company with the same force and effect as if each such act, transaction, agreement, or certificate had been specifically authorized in advance by resolution of the Authorizing Bodies.

**RESOLVED**, any Authorized Person be, and each of them hereby is, authorized to do all such other acts, deeds and other things as each Company itself may lawfully do, in accordance with its governing documents and applicable law, howsoever arising in connection with the matters above, or in furtherance of the intentions expressed in the foregoing resolutions, including, but not limited to, the negotiation, finalization, execution and delivery of any other agreements, certificates, instruments, powers of attorney, letters, forms, transfer, deeds and other documents whatsoever as the individual acting may in his/her absolute and unfettered discretion approve, deem or determine necessary, appropriate or advisable, such approval, deeming or determination to be conclusively evidenced by said individual taking such action or the execution thereof.

*     *     *     *     *

[*Signature Page Follows*]

**IN WITNESS WHEREOF**, the undersigned have executed this resolution as of the date first set forth above.

**ALAMO BED BATH & BEYOND INC.**

By:

Name:  Laura Crossen

*K&E Draft 04/21/2023; Privileged and Confidential; Attorney Work Product*

**BBB CANADA LP INC.**

By: _____

Name:  Laura Crossen


By: _____

Name:  Jonathan Foster


By: _____

Name:  Pamela Corrie

*[Signature Page to Omnibus Consent]*

*K&E Draft 04/21/2023; Privileged and Confidential; Attorney Work Product*

**BBB CANADA LP INC.**


By:_____
Name:  Laura Crossen


By:_____
Name:  Jonathan Foster


By:_____
Name:  Pamela Corrie


*[Signature Page to Omnibus Consent]*

*K&E Draft 04/21/2023; Privileged and Confidential; Attorney Work Product*

**BBB CANADA LP INC.**


By:_____
Name:  Laura Crossen


By:_____
Name:  Jonathan Foster


By:_____
Name:  Pamela Corrie


*[Signature Page to Omnibus Consent]*

**BBB VALUE SERVICES INC.**

By:_____

Name:  Laura Crossen


By:_____

Name:  Jonathan Foster


By:_____

Name:  Pamela Corrie

*[Signature Page to Omnibus Consent]*

**BBB VALUE SERVICES INC.**

By:_____
Name:  Laura Crossen


By:_____
Name:  Jonathan Foster


By:_____
Name:  Pamela Corrie

*[Signature Page to Omnibus Consent]*

**BBB VALUE SERVICES INC.**

By:_____
Name:  Laura Crossen

By:_____
Name:  Jonathan Foster

DocuSigned by:

*Pamela Corrie*

8BDC9CB0941C445...

By:_____
Name:  Pamela Corrie

**BBBY MANAGEMENT CORPORATION**

By: _____

Name:  Laura Crossen

By: _____

Name:  Jonathan Foster

By: _____

Name:  Pamela Corrie

*[Signature Page to Omnibus Consent]*

**BBBY MANAGEMENT CORPORATION**

By:_____
Name:  Laura Crossen

By:_____
Name:  Jonathan Foster

By:_____
Name:  Pamela Corrie

*[Signature Page to Omnibus Consent]*

**BBBY MANAGEMENT CORPORATION**


By:_____
Name:  Laura Crossen


By:_____
Name:  Jonathan Foster


By:_____
Name:  Pamela Corrie

*[Signature Page to Omnibus Consent]*

**BBBYCF LLC**

By: _____

Name:  Laura Crossen


By: _____

Name:  Jonathan Foster


By: _____

Name:  Pamela Corrie

*[Signature Page to Omnibus Consent]*

**BBBYCF LLC**

By:_____

Name:  Laura Crossen

By:_____

Name:  Jonathan Foster

By:_____

Name:  Pamela Corrie

*[Signature Page to Omnibus Consent]*

**BBBYCF LLC**

By:_____

Name:  Laura Crossen

By:_____

Name:  Jonathan Foster

By:_____

Name:  Pamela Corrie

*[Signature Page to Omnibus Consent]*

**BBBYTF LLC**

By:_____

Name:  Laura Crossen


By:_____

Name:  Jonathan Foster


By:_____

Name:  Pamela Corrie


*[Signature Page to Omnibus Consent]*

**BBBYTF LLC**


By:_____

Name:  Laura Crossen


By:_____

Name:  Jonathan Foster


By:_____

Name:  Pamela Corrie


*[Signature Page to Omnibus Consent]*

**BBBYTF LLC**

By:_____
Name:  Laura Crossen


By:_____
Name:  Jonathan Foster


By:_____
Name:  Pamela Corrie

*[Signature Page to Omnibus Consent]*

**BED BATH & BEYOND OF ANNAPOLIS, INC.**

By:_____

Name:  Laura Crossen

**BED BATH & BEYOND OF ARUNDEL INC.**

By: _____

Name:  Laura Crossen

**BED BATH & BEYOND OF BATON ROUGE INC.**

By:

Name:  Laura Crossen

*[Signature Page to Omnibus Consent]*

**BED BATH & BEYOND OF BIRMINGHAM INC.**

By: _____

Name:  Laura Crossen

**BED BATH & BEYOND OF
BRIDGEWATER INC.**

By: _____

Name:  Laura Crossen

*[Signature Page to Omnibus Consent]*

**BED BATH & BEYOND OF CALIFORNIA LIMITED LIABILITY COMPANY**

By:＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
Name:  Jonathan Foster


By:＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
Name:  Pamela Corrie


By:＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
Name:  Laura Crossen

*[Signature Page to Omnibus Consent]*

**BED BATH & BEYOND OF CALIFORNIA
LIMITED LIABILITY COMPANY**

By:_____
Name:  Jonathan Foster

By:_____
Name:  Pamela Corrie

By:_____
Name:  Laura Crossen

**BED BATH & BEYOND OF CALIFORNIA
LIMITED LIABILITY COMPANY**


By:_____
Name:  Jonathan Foster


By:_____
Name:  Pamela Corrie


By:_____
Name:  Laura Crossen

*[Signature Page to Omnibus Consent]*

**BED BATH & BEYOND OF DAVENPORT INC.**

By: _____

Name:  Laura Crossen

**BED BATH & BEYOND OF EAST
HANOVER INC.**

By:_____

Name:  Laura Crossen

**BED BATH & BEYOND OF EDGEWATER INC.**

By:_____

Name:  Laura Crossen

**BED BATH & BEYOND OF FALLS
CHURCH, INC.**

By:_____

Name:  Laura Crossen

**BED BATH & BEYOND OF FASHION
CENTER, INC.**

By:_____

Name:  Laura Crossen

*[Signature Page to Omnibus Consent]*

**BED BATH & BEYOND OF FREDERICK, INC.**

By:_____

Name:  Laura Crossen

**BED BATH & BEYOND OF
GAITHERSBURG INC.**

By: _____

Name:  Laura Crossen

**BED BATH & BEYOND OF GALLERY
PLACE L.L.C.**


By: bed n' bath Stores, Inc.
Its: Sole Member


By: _____
Name: Laura Crossen


By: _____
Name: Jonathan Foster


By: _____
Name: Pamela Corrie

*[Signature Page to Omnibus Consent]*

**BED BATH & BEYOND OF GALLERY PLACE L.L.C.**


By: bed n' bath Stores, Inc.
Its: Sole Member


By: _____
Name: Laura Crossen


By: _____
Name: Jonathan Foster


By: _____
Name: Pamela Corrie

*[Signature Page to Omnibus Consent]*

**BED BATH & BEYOND OF GALLERY PLACE L.L.C.**


By: bed n' bath Stores, Inc.
Its: Sole Member


By:_____
Name: Laura Crossen


By:_____
Name: Jonathan Foster


By:_____
Name: Pamela Corrie

*[Signature Page to Omnibus Consent]*

**BED BATH & BEYOND OF KNOXVILLE INC.**

By:_____

Name:  Laura Crossen

*[Signature Page to Omnibus Consent]*

**BED BATH & BEYOND OF LEXINGTON INC.**

By:_____

Name:  Laura Crossen

**BED BATH & BEYOND OF LINCOLN PARK INC.**

By:_____

Name:  Laura Crossen

*[Signature Page to Omnibus Consent]*

**BED BATH & BEYOND OF LOUISVILLE INC.**

By: _____

Name:  Laura Crossen

*[Signature Page to Omnibus Consent]*

**BED BATH & BEYOND OF MANDEVILLE INC.**

By:_____

Name:  Laura Crossen

**BED BATH & BEYOND OF OPRY INC.**

By: _____

Name:  Laura Crossen

**BED BATH & BEYOND OF OVERLAND PARK INC.**

By: _____

Name:  Laura Crossen

**BED BATH & BEYOND OF PALM DESERT INC.**

By: _____

Name:  Laura Crossen

**BED BATH & BEYOND OF PARADISE VALLEY INC.**

By: _____

Name:  Laura Crossen

**BED BATH & BEYOND OF PITTSFORD INC.**

By: _____

Name:  Laura Crossen

*[Signature Page to Omnibus Consent]*

**BED BATH & BEYOND OF PORTLAND INC.**

By:_____

Name:  Laura Crossen

[Signature Page to Omnibus Consent]

**BED BATH & BEYOND OF ROCKFORD INC.**

By: _____

Name:  Laura Crossen

**BED BATH & BEYOND OF TOWSON INC.**

By: _____

Name:  Laura Crossen

**BED BATH & BEYOND OF VIRGINIA
BEACH INC.**

By: _____

Name:  Laura Crossen

**BED BATH & BEYOND OF WALDORF INC.**

By:_____

Name:  Laura Crossen

**BED BATH & BEYOND OF
WOODBRIDGE INC.**

By: _____

Name:  Laura Crossen

*[Signature Page to Omnibus Consent]*

**BED 'N BATH STORES INC.**

By: _____

Name:  Laura Crossen


By: _____

Name:  Jonathan Foster


By: _____

Name:  Pamela Corrie

*[Signature Page to Omnibus Consent]*

**BED 'N BATH STORES INC.**


By:_____
Name:  Laura Crossen


By:_____
Name:  Jonathan Foster


By:_____
Name:  Pamela Corrie

*[Signature Page to Omnibus Consent]*

**BED 'N BATH STORES INC.**

By: _____
Name:  Laura Crossen

By: _____
Name:  Jonathan Foster

By: _____
Name:  Pamela Corrie

*[Signature Page to Omnibus Consent]*

**BED, BATH & BEYOND OF MANHATTAN INC.**

By: _____

Name:  Laura Crossen

*[Signature Page to Omnibus Consent]*

**BUY BUY BABY OF ROCKVILLE, INC.**

By:_____

Name:  Patty Wu

By:_____

Name:  Laura Crossen

**BUY BUY BABY OF ROCKVILLE, INC.**

By:_____

Name:  Patty Wu


By:_____

Name:  Laura Crossen

*[Signature Page to Omnibus Consent]*

**BUY BUY BABY OF TOTOWA, INC.**

By:_____

Name:  Patty Wu

By:_____

Name:  Laura Crossen

**BUY BUY BABY OF TOTOWA, INC.**

By:
Name:  Patty Wu

By:
Name:  Laura Crossen

*[Signature Page to Omnibus Consent]*

**BUY BUY BABY, INC.**

By: _____

Name:  Laura Crossen

By: _____

Name:  Jonathan Foster

By: _____

Name:  Pamela Corrie

*[Signature Page to Omnibus Consent]*

**BUY BUY BABY, INC.**


By:_____
Name:  Laura Crossen


By:_____
Name:  Jonathan Foster


By:_____
Name:  Pamela Corrie

*[Signature Page to Omnibus Consent]*

**BUY BUY BABY, INC.**


By:_____
Name:  Laura Crossen


By:_____
Name:  Jonathan Foster


By:_____
Name:  Pamela Corrie

*[Signature Page to Omnibus Consent]*

**BWAO LLC**

By:_____

Name:  Laura Crossen


By:_____

Name:  Jonathan Foster


By:_____

Name:  Pamela Corrie

**BWAO LLC**

By:_____
Name:  Laura Crossen

By:_____
Name:  Jonathan Foster

By:_____
Name:  Pamela Corrie

**BWAO LLC**

By:_____
Name:  Laura Crossen

By:_____
Name:  Jonathan Foster

By:_____
Name:  Pamela Corrie

*[Signature Page to Omnibus Consent]*

**CHEF C HOLDINGS LLC**

By: _____
Name:  Laura Crossen


By: _____
Name:  Jonathan Foster


By: _____
Name:  Pamela Corrie

*[Signature Page to Omnibus Consent]*

**CHEF C HOLDINGS LLC**


By:_____
Name:  Laura Crossen


By:_____
Name:  Jonathan Foster


By:_____
Name:  Pamela Corrie


*[Signature Page to Omnibus Consent]*

**CHEF C HOLDINGS LLC**

By:_____
Name:  Laura Crossen

By:_____
Name:  Jonathan Foster

By:_____
Name:  Pamela Corrie

*[Signature Page to Omnibus Consent]*

**DECORIST, LLC**


By:_____
Name:  Jonathan Foster


By:_____
Name:  Pamela Corrie


By:_____
Name:  Laura Crossen

*[Signature Page to Omnibus Consent]*

**DECORIST, LLC**

By:_____
Name:  Jonathan Foster



By:_____
Name:  Pamela Corrie



By:_____
Name:  Laura Crossen

*[Signature Page to Omnibus Consent]*

**DECORIST, LLC**


By:_____
Name:  Jonathan Foster


By:_____
Name:  Pamela Corrie


By:_____
Name:  Laura Crossen

*[Signature Page to Omnibus Consent]*

**DEERBROOK BED BATH & BEYOND INC.**

By: _____

Name:  Laura Crossen

**HARMON OF BRENTWOOD, INC.**

By: _____

Name:  Laura Crossen

**HARMON OF CALDWELL, INC.**

By: _____

Name:  Laura Crossen

*[Signature Page to Omnibus Consent]*

**HARMON OF CARLSTADT, INC.**

By: _____

Name:  Laura Crossen

*[Signature Page to Omnibus Consent]*

**HARMON OF FRANKLIN, INC.**

By: _____

Name:  Laura Crossen

**HARMON OF GREENBROOK II, INC.**

By: _____

Name:  Laura Crossen

**HARMON OF HACKENSACK, INC.**

By: _____

Name:  Laura Crossen

**HARMON OF HANOVER, INC.**

By: _____

Name:  Laura Crossen

**HARMON OF HARTSDALE, INC.**

By: _____

Name:  Laura Crossen

*[Signature Page to Omnibus Consent]*

**HARMON OF MANALAPAN, INC.**

By: _____

Name:  Laura Crossen

**HARMON OF MASSAPEQUA, INC.**

By: _____

Name:  Laura Crossen

**HARMON OF MELVILLE, INC.**

By:_____

Name:  Laura Crossen

**HARMON OF NEW ROCHELLE, INC.**

By: _____

Name:  Laura Crossen

**HARMON OF NEWTON, INC.**

By: _____

Name:  Laura Crossen

**HARMON OF OLD BRIDGE, INC.**

By:

Name:  Laura Crossen

**HARMON OF PLAINVIEW, INC.**

By:_____

Name:  Laura Crossen

**HARMON OF RARITAN, INC.**

By:_____

Name:  Laura Crossen

*[Signature Page to Omnibus Consent]*

**HARMON OF ROCKAWAY, INC.**

By: _____

Name:  Laura Crossen

*[Signature Page to Omnibus Consent]*

**HARMON OF SHREWSBURY, INC.**

By: _____

Name:  Laura Crossen

*[Signature Page to Omnibus Consent]*

**HARMON OF TOTOWA, INC.**

By: _____

Name:  Laura Crossen

*[Signature Page to Omnibus Consent]*

**HARMON OF WAYNE, INC.**

By: _____

Name:  Laura Crossen

*[Signature Page to Omnibus Consent]*

**HARMON OF WESTFIELD, INC.**

By: _____

Name:  Laura Crossen

*[Signature Page to Omnibus Consent]*

**HARMON OF YONKERS, INC.**

By:_____

Name:  Laura Crossen

*[Signature Page to Omnibus Consent]*

**HARMON STORES, INC.**

By: _____

Name:  Laura Crossen

By: _____

Name:  Jonathan Foster

By: _____

Name:  Pamela Corrie

*[Signature Page to Omnibus Consent]*

**HARMON STORES, INC.**


By:_____
Name:  Laura Crossen


By:_____
Name:  Jonathan Foster


By:_____
Name:  Pamela Corrie


*[Signature Page to Omnibus Consent]*

**HARMON STORES, INC.**


By:_____
Name:  Laura Crossen


By:_____
Name:  Jonathan Foster


By:_____
Name:  Pamela Corrie


*[Signature Page to Omnibus Consent]*

**LIBERTY PROCUREMENT CO. INC.**

By:_____

Name:  Laura Crossen


By:_____

Name:  Jonathan Foster


By:_____

Name:  Pamela Corrie

*[Signature Page to Omnibus Consent]*

**LIBERTY PROCUREMENT CO. INC.**


By:_____
Name:  Laura Crossen


By:_____
Name:  Jonathan Foster


By:_____
Name:  Pamela Corrie

*[Signature Page to Omnibus Consent]*

**LIBERTY PROCUREMENT CO. INC.**

By:_____

Name:  Laura Crossen


By:_____

Name:  Jonathan Foster


By:_____

Name:  Pamela Corrie

*[Signature Page to Omnibus Consent]*

**OF A KIND, INC.**

By:_____

Name:  Laura Crossen

**ONE KINGS LANE LLC**

By: Bed Bath & Beyond, Inc.
Its: Sole Member

By:_____
Name: David Kastin

**SAN ANTONIO BED BATH & BEYOND INC.**

By: _____

Name:  Laura Crossen

**SPRINGFIELD BUY BUY BABY, INC.**

By:_____

Name:  Patty Wu


By:_____

Name:  Laura Crossen

*[Signature Page to Omnibus Consent]*

**SPRINGFIELD BUY BUY BABY, INC.**

By:_____

Name:  Patty Wu

By:_____

Name:  Laura Crossen

*[Signature Page to Omnibus Consent]*

## Exhibit A

Bed Bath & Beyond Inc.
Alamo Bed Bath & Beyond Inc.
BBB Canada LP Inc.
BBB Value Services Inc.
BBBY Management Corporation
BBBYCF LLC
BBBYTF LLC
Bed Bath & Beyond of Annapolis, Inc.
Bed Bath & Beyond of Arundel Inc.
Bed Bath & Beyond of Baton Rouge Inc.
Bed Bath & Beyond of Birmingham Inc.
Bed Bath & Beyond of Bridgewater Inc.
Bed Bath & Beyond of California Limited Liability Company
Bed Bath & Beyond of Davenport Inc.
Bed Bath & Beyond of East Hanover Inc.
Bed Bath & Beyond of Edgewater Inc.
Bed Bath & Beyond of Falls Church, Inc.
Bed Bath & Beyond of Fashion Center, Inc.
Bed Bath & Beyond of Frederick, Inc.
Bed Bath & Beyond of Gaithersburg Inc.
Bed Bath & Beyond of Gallery Place L.L.C.
Bed Bath & Beyond of Knoxville Inc.
Bed Bath & Beyond of Lexington Inc.
Bed Bath & Beyond of Lincoln Park Inc.
Bed Bath & Beyond of Louisville Inc.
Bed Bath & Beyond of Mandeville Inc.
Bed Bath & Beyond of Manhattan, Inc.
Bed Bath & Beyond of Opry Inc.
Bed Bath & Beyond of Overland Park Inc.
Bed Bath & Beyond of Palm Desert Inc.
Harmon of Shrewsbury, Inc.
Harmon of Totowa, Inc.
Harmon of Wayne, Inc.
Harmon of Westfield, Inc.
Harmon of Yonkers, Inc.
Harmon Stores, Inc.
Liberty Procurement Co. Inc.
Of a Kind, Inc.
One Kings Lane LLC
San Antonio Bed Bath & Beyond Inc.
Springfield Buy Buy Baby, Inc.

Bed Bath & Beyond of Paradise Valley Inc.
Bed Bath & Beyond of Pittsford Inc.
Bed Bath & Beyond of Portland Inc.
Bed Bath & Beyond of Rockford Inc.
Bed Bath & Beyond of Towson Inc.
Bed Bath & Beyond of Virginia Beach Inc.
Bed Bath & Beyond of Waldorf Inc.
Bed Bath & Beyond of Woodbridge Inc.
bed 'n bath Stores Inc.
Buy Buy Baby of Rockville, Inc.
Buy Buy Baby of Totowa, Inc.
Buy Buy Baby, Inc.

BWAO LLC
Chef C Holdings LLC
Decorist, LLC
Deerbrook Bed Bath & Beyond Inc.
Harmon of Brentwood, Inc.
Harmon of Caldwell, Inc.
Harmon of Carlstadt, Inc.
Harmon of Franklin, Inc.
Harmon of Greenbrook II, Inc.
Harmon of Hackensack, Inc.
Harmon of Hanover, Inc.
Harmon of Hartsdale, Inc.
Harmon of Manalapan, Inc.
Harmon of Massapequa, Inc.
Harmon of Melville, Inc.
Harmon of Newton, Inc.
Harmon of New Rochelle, Inc.
Harmon of Old Bridge, Inc.
Harmon of Plainview, Inc.
Harmon of Raritan, Inc.
Harmon of Rockaway, Inc.

Fill in this information to identify the case and this filing:

| Debtor Name | **One Kings Lane LLC** |
| --- | --- |
| United States Bankruptcy Court for the: | **District of New Jersey** |
| | (State) |
| Case number (If known): | |

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐    *Schedule H: Codebtors (Official Form 206H)*

☐    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐    Amended Schedule

☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒    Other document that requires a declaration **List of Equity Security Holders, Corporate Ownership Statement, and Certification of Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | 04/23/2023 | ☒ /s/ *Holly Etlin* |
| --- | --- | --- |
| | MM/ DD/YYYY | Signature of individual signing on behalf of debtor |
| | | **Holly Etlin** |
| | | Printed name |
| | | **Chief Restructuring Officer** |
| | | Position or relationship to debtor |

**Official Form 202**                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**